IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES D. WATSON,

    Plaintiff,

v.

WELLS FARGO,

    Defendant.
                            /

No. C 10-02058 JSW

**ORDER SETTING BRIEFING SCHEDULE**

      This matter is set for a hearing on July 30, 2010 on the motion to dismiss filed by Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A. formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"). The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than June 21, 2010 and a reply brief, if any, shall be filed by no later than June 28, 2010.

      If the Court determines that these motions are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: June 7, 2010

                                                                     JEFFREY S. WHITE
                                                                     UNITED STATES DISTRICT JUDGE