Mark C. Watson (#178980)
markw@markcwatson.com
THE LAW OFFICES OF MARK C. WATSON
1633 Bayshore Highway, Suite 341
Burlingame, CA 94010
Tel: (650) 692-4001
Fax: (650) 692-4004

Attorney for Plaintiff James D. Watson

Jeremy E. Shulman (#257582)
jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, a division of
Wells Fargo Bank, N.A. formerly known
as Wachovia Mortgage, FSB, formerly known
as World Savings Bank, FSB ("Wachovia")

Edward A. Treder (#116307)
edwardt@bdfgroup.com
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 371-7032
Fax: (626) 595-7640

Attorneys for Defendant NDEX WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES D. WATSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>WELLS FARGO SUCCESSOR IN INTEREST TO WACHOVIA BANK, a California Corporation and INDEX WEST, LLC, An entity of unknown form and DOES ONE THROUGH TEN INCLUSIVE,<br><br>          Defendants. | Case No. 3:10-CV-02058-JSW<br><br>[The Honorable Jeffrey S. White, Courtroom 11, 19th Floor]<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a) AND ORDER THEREON** |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff James D. Watson, Defendant
2  Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia
3  Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), and Defendant
4  NDEX WEST, LLC ("NDEX"), by their counsel of record, stipulate to dismiss the above-
5  captioned action with prejudice as to all defendants. Plaintiff James D. Watson, Defendant
6  Wachovia, and Defendant NDEX will each bear their own costs and attorneys' fees. The parties
7  consent to entry of judgment in accordance with the terms of this stipulation.

IT IS SO STIPULATED.

THE LAW OFFICES OF MARK C. WATSON

Dated: July 6, 2010

By:  /s/Mark C. Watson
     Mark C. Watson
     markw@markcwatson.com
Attorney for Plaintiff,
James D. Watson

Dated: July 6, 2010

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By:  /s/Jeremy E. Shulman
     Jeremy E. Shulman
     jshulman@afrct.com
Attorneys for Defendant,
Wachovia Mortgage, a division of
Wells Fargo Bank, N.A. formerly known
as Wachovia Mortgage, FSB, formerly known
as World Savings Bank, FSB

Dated: July 6, 2010

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

By:  /s/Edward A. Treder
     Edward A. Treder
     edwardt@bdfgroup.com
Attorneys for Defendant NDEX WEST, LLC

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jeremy E. Shulman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2010, at Pasadena, California.

/s/Jeremy E. Shulman
Jeremy E. Shulman

## ORDER ON STIPULATION

Having read and filed the foregoing Stipulation, and good cause appearing:

IT IS ORDERED:

1. This action is dismissed in its entirety with prejudice; and

2. Each party will each bear its own costs and attorneys' fees.

Dated: July 9, 2010

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE